IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

UNITED STATES OF AMERICA,

           Plaintiff,

vs.

JUAN ABRAHAM CARRANCO-
CARRANCO, also known as Juan
Abbraham Carranco-Carranco,

           Defendant.

CR 26-26-GF-BMM-JTJ

FINDINGS AND
RECOMMENDATION

The Defendant, by consent, appeared before the undersigned pursuant to Fed. R. Crim. P. 11 and entered a plea of guilty to the charge of Illegal Reentry, in violation of 8 U.S.C. § 1326(a).

After examining the Defendant under oath, the Court finds that the Defendant's plea was knowingly, intelligently, and voluntarily entered; that the Defendant fully understands his constitutional rights and the extent to which such rights are waived by pleading guilty; and that there is a factual basis establishing each of the essential elements of the crime to which the Defendant plead guilty. The Court therefore recommends that the Defendant be adjudged guilty of the offense

and that sentence be imposed. Defendant, at the conclusion of the hearing, waived his right to a Presentence Report.

DATED this 25th day of March 2026.

John Johnston
United States Magistrate Judge

## NOTICE

Objections to these Findings and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B); Fed. R. Crim. P. 59(b)(2).